UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIAN CORTEZ,<br><br>                 Plaintiff,<br><br>vs.<br><br>A. WALKER, *et al*,<br><br>                 Defendants. | Case No. 1:13-cv-02074-RRB<br><br>**DISMISSAL ORDER** |

Plaintiff Damian Cortez ("Plaintiff"), a state prisoner appearing *pro se* and *in forma pauperis*, brought this civil rights action under 42 U.S.C. § 1983. On November 9, 2014, this Court entered and served its Screening Order directing Plaintiff to complete and return service documents on before December 31, 2014.[1] Plaintiff has failed to request additional time within which to comply or to comply with that order.

Accordingly, the Civil Rights Complaint by a Prisoner filed herein at Docket 1 is hereby **DISMISSED**.[2]

The Clerk of the Court is directed to enter final judgment accordingly.

**IT IS SO ORDERED**.

Dated this 24th day of February, 2015

                                                  S/ RALPH R. BEISTLINE
                                                  UNITED STATES DISTRICT JUDGE

---

[1] Docket 12.

[2] Fed. R. Civ. P. 41(b).